# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148130

In re FORFEITURE OF A QUANTITY OF
MARIJUANA.
_____

PEOPLE OF MICHIGAN,
      Petitioner-Appellant,

v

                              SC: 148130
                              COA: 310106

QUANTITY OF MARIJUANA, DRUG
PARAPHERNALIA, 3551 EAST ALLEN RD,
$360, NUMEROUS FIREARMS AND
AMMUNITION, SKI-DOO SNOWMOBILE,
1965 CHEVROLET NOVA, and CAR
TRAILER,
      Defendants,
and

                              Saginaw CC: 08-900017-CF

GERALD OSTIPOW and ROYETTA OSTIPOW,
      Claimants-Appellees,
and

STEVEN PAUL OSTIPOW,
      Claimant.

_____/

      On order of the Court, the application for leave to appeal the October 22, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014

s0325



Clerk